35636. FULTON NATIONAL BANK OF ATLANTA *v.* DIDSCHUNEIT.

QUILLIAN, J. This is a companion case to *Fulton National Bank of Atlanta v. Didschuneit,* ante, and is controlled by the decision in that case.
*Judgment affirmed. Gardner, P. J., and Carlisle, J., concur. Townsend and Nichols, JJ., concur specially. Felton, C. J., dissents.*

DECIDED JUNE 17, 1955—REHEARING DENIED JULY 14, 1955.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, A. G. Cleveland, Jr., Hugh Dorsey, Jr.,* for plaintiff in error.
*Spalding, Sibley, Troutman & Kelley, Griffin B. Bell,* contra.